HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JOANNA WLODAWER and TREVOR NABHOLZ, husband and wife, and the marital community composed thereof,<br><br>      Plaintiffs,<br>  v.<br><br>UNITED AIRLINES, INC., a Delaware Corporation,<br><br>      Defendant. | Case No.: 2:21-cv-01538-JHC<br><br>ORDER OF DISMISSAL |

THIS MATTER having come before the undersigned Judge upon the stipulation of the respective attorneys of record for the parties hereto, NOW THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-entitled cause of action is hereby dismissed with prejudice and without an award of any costs or attorneys' fees to any party.

DATED this 9th day of January, 2023.

*/s/ John H. Chun*
HON. JUDGE JOHN H. CHUN
UNITED STATES DISTRICT COURT